**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANNE BELL, | Case No. 2:25-cv-08473-AB-AJR |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| DCFS WATERIDGE, | |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the ""Verified Petition for Writ of Scire Facias to Vacate Void Judgment Under FRCP 60(d)(1), FRCP 60(d)(3), and 28 U.S.C. § 1651 (All Writs Act)," Plaintiff's "Written Input and Response to Order to Show Cause," all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has passed and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's action be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at her current address of record, as well as all defendants who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 25, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2