JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANNE BELL | Case No. 2:25-cv-08473-AB-AJR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DCFS WATERIDGE, | |
| Defendant(s). | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction.

DATED: February 25, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE